**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORRAINE LOPEZ, | Civil Action No. 3:26-cv-03561 |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO DISMISS COMPLAINT ON BEHALF OF DEFENDANT JOHN STANKEY** |
| AT&T, INC. d/b/a "AT&T",  AT&T MOBILITY SERVICES LLC d/b/a "AT&T" AND JOHN STANKEY, | *Electronically Filed* |
| Defendants. | |

**TO:    CONSOLE MATTIACCI LAW LLC**
Susan M. Saint-Antoine
Kevin Console
110 Marter Ave., Suite 502
Moorestown, NJ 08057

**PLEASE TAKE NOTICE** that on August 3, 2026, at 10:00 AM, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant John Stankey will move before the United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse and Federal Building, 400 Cooper Street, Room 1050, Camden, NJ 08101, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff Lorraine Lopez's Complaint with prejudice. A proposed form of Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion herein, the undersigned attorneys for Mr. Stankey will rely on their Memorandum of Law in Support of its Motion to Dismiss. Oral argument is not requested unless timely opposition is filed.

Dated:  July 6, 2026

Respectfully submitted,

*/s/ Rachel Fendell Satinsky*

Rachel Fendell Satinsky, Bar No. 017002010
rsatinsky@littler.com
Tanner McCarron, Bar No. 326242020
tmccarron@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone:     267.402.3000
Facsimile:      267.402.3131

Attorneys for Defendants
AT&T, INC. d/b/a "AT&T", AT&T
MOBILITY SERVICES LLC d/b/a "AT&T"
and JOHN STANKEY

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July 2026, a copy of the foregoing Notice of Motion to Dismiss along with supporting documents, was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings.

*/s/ Rachel Fendell Satinsky*
Rachel Fendell Satinsky