**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LORRAINE LOPEZ,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T, INC. d/b/a "AT&T",  AT&T<br>MOBILITY SERVICES LLC d/b/a "AT&T"<br>AND JOHN STANKEY,<br><br>        Defendants. | Civil Action No. 3:26-cv-03561<br><br>**[PROPOSED] ORDER** |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion to Dismiss Complaint on behalf of Defendant John Stankey, the Memorandum of Law in support thereof, and any responses thereto, it is hereby ORDERED that Defendant's Motion is GRANTED.  Plaintiff's Complaint as to against John Stankey is dismissed with prejudice.

BY THE COURT:

_____
U.S.D.J.