

*Fighting For Employee Rights for Over 30 Years*

| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | (215) 545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | (856) 854-4000 | |
| 5 Penn Plaza | Suite 1946 | New York, NY 10001 | (917) 985-7761 | |

<div align="right">Susan Saint-Antoine<br>santanto@consolelaw.com</div>

<div align="center">July 15, 2026</div>

**<u>VIA ECF</u>**
Clerk of the Court
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

> **Re:**   **Lopez, Lorraine v. AT&T, Inc.,** *et al.***; C.A. No. 3:26-cv-03561**
> **<u>Automatic Extension of Opposition Deadline under L.R.Civ.P. 7.1(d)(5)</u>**

Dear Clerk:

Our firm represents the plaintiff, Lorraine Lopez, in the above-referenced matter.  Please allow this letter to serve as an invocation of Local Rule of Civil Procedure 7.1(d)(5) to adjourn once the motion day with respect to Defendant John Stankey's Motion to Dismiss Complaint (ECF No. 19, filed July 6, 2026). The originally noticed motion date (August 3, 2026) has not previously been extended or adjourned.

**The new motion date shall be August 17, 2026.**  The adjournment extends the deadline for Plaintiff's opposition papers from the initial deadline of July 20, 2026 to August 3, 2026.

Thank you for your consideration.

<div style="margin-left: 45%;">Respectfully submitted,<br>
<i>/s Susan M. Saint-Antoine</i><br>
CONSOLE MATTIACCI LAW, LLC<br>
BY:  Susan M. Saint-Antoine</div>

SMS/ss
cc:      All Counsel of Record via ECF