# Ex. A-1



---------- Forwarded message ---------
From: **LOPEZ, LORRAINE** <ll2715@att.com>
Date: Fri, Jul 28, 2023 at 10:44 AM
Subject: FW: Employee Designation & Location Letter
To: Lorraine Lopez <LorraineNYY@gmail.com>, L Lopez <rain4904@yahoo.com>

---

**From:** Network Org Auto Notification <g22633@att.com>
**Sent:** Friday, July 28, 2023 9:18 AM
**To:** LOPEZ, LORRAINE <ll2715@att.com>
**Cc:** MEADORS, GRAM <gm2672@att.com>
**Subject:** Employee Designation & Location Letter
**Importance:** High



To:  LORRAINE LOPEZ
ll2715

With the recent How & Where We Work announcement, AT&T made the decision to consolidate

our national operations into 9 core locations and assign employees to specific offices based on their role.

We are also reducing our workplace designations to two, Office and Virtual. Workplace designations will be determined based on your work and the outcomes your team is driving.

Below are details specific to your current role. Please note your assigned work location may be different than the location you have been assigned to before, but it was selected to ensure optimal cross functional collaboration. When you return to the office it is important that you report to your designated work location.

| Work Address | City | State | Designation |
|---|---|---|---|
| 1 AT&T WAY | BEDMINSTER | NJ | Office |

We look forward to seeing you at the office and living your designation beginning **September 5, 2023**, and working in your designated work location a minimum of 3-5 days per week.

Thanks for everything you do for our business and for your continued support around How and Where We Work.

Your workplace designation is an expectation of employment. If you are not meeting work location reporting expectations, you will be subject to discipline, up to and including termination of employment. This document does not constitute a contract of employment, either expressed or implied, and should not be construed as a contract or assurance of continued compensation, employment or benefit of any kind.