# Ex. A-2

---------- Forwarded message ---------
From: **LOPEZ, LORRAINE** <ll2715@att.com>
Date: Wed, May 8, 2024 at 4:39 PM
Subject: FW: Employee Designation & Location Letter
To: Lorraine Lopez <LorraineNYY@gmail.com>, L Lopez <rain4904@yahoo.com>

---

**From:** Network Org Auto Notification <g22633@att.com>
**Sent:** Friday, April 12, 2024 11:34 AM
**To:** LOPEZ, LORRAINE <ll2715@att.com>
**Cc:** CHIN, EMILY M <EC2943@att.com>
**Subject:** Employee Designation & Location Letter
**Importance:** High



To:  Lorraine Lopez
LL2715


With the recent How & Where We Work

Based on the type of work you perform, your role is being moved to a new location.  Below are details specific to your role.

| Work Address | City | State | Designation | Current GEO Zone | New GEO Zone | Expected Report Date |
|---|---|---|---|---|---|---|
| 1025 Lenox Park Blvd | Atlanta | GA | OFFICE | N3 | N2 | 11/1/2024 |

*This would be your new Geo Zone if you were to move today. As the Company periodically re-evaluates Geo Zones, your applicable Geo Zone may be different at the time of your move.

You must accept or decline this offer by 5/13/2024. If you fail to return this form by the close of business on 5/13/2024, we will consider you to have declined the job offer.

If you accept the job offer, work directly with your supervisor to determine the appropriate timing for your move. You will be expected to begin reporting to the new work location and living your designation by the agreed time. Relocation expenses will not be paid by the company.  However, you may access relocation services through Altair Advantage at your own expense. Please note your assigned work location will be different than the location you have been assigned to before, but it was selected to ensure optimal cross functional collaboration. When you return to the office it is important that you report to your designated work location.

If you decline this job offer, you, your supervisor, and business unit leader will agree on a transition timeline that may include, but not limited to identifying and training a backfill. You will receive an official surplus notification letter approximately 14 days before your separation date and may be eligible for severance benefits subject to the terms of the severance plan. If you leave the company before being declared surplus or secure another internal position before your separation date, you will not be eligible for severance.  Until you receive this official surplus notification in the future, you are not declared surplus.

If you accept this job offer you may change your mind up until 5/13/2024. However, if you rescind your acceptance of the new job after 5/13/2024, your decision will be deemed a voluntary resignation and you will not be eligible for severance benefits.
Employee Instructions:

Please indicate your decision to accept or decline this job offer.

The process requires two steps:

1) Please visit the Mgmt. Return to Office app to document your decision.

2) Upon finalizing your decision, you'll also need to sign and upload the form to the App. Instructions can be found by selecting the "i" radio button in the App.

You can update or change your response on the webform between now and 5/13/2024. If you fail to return the form and document your decision in the Mgmt. Return to Office App by the close of business on 5/13/2024, we will consider you to have declined the job offer.

☐ I accept the company's job offer in (city). Absent extenuating circumstances, I understand a failure to timely report as expected will be considered a resignation and I will not be eligible for severance benefits.

☐ I decline the company's job offer. I understand I will be designated surplus with eligibility for severance benefits, subject to the provisions of the applicable severance plan.

| Signature of Employee | Date |
|---|---|

Your workplace designation is an expectation of employment. If you are not meeting work location reporting expectations, you will be subject to discipline, up to and including termination of employment. This document does not constitute a contract of employment, either expressed or implied, and should not be construed as a contract or assurance of continued compensation, employment or benefit of any kind.