# Ex. A-3

 **AT&T**

**To be announced:**
**May 9th, 2024**
**12:00 p.m. CT**

## Tower Strategy and Roaming Organization Changes

### To: Tower Strategy and Roaming Employees



**Brett Morrow** – Sr. Specialist NE Tech Development Program Engineer, has accepted the position of Senior Advanced Analytics, Vertical Assets and Pole Strategy. His focus will be on data reporting and analytics to drive best-in-class operations.

In Brett's first TDP rotation, he supported wireline transformation focusing on TDM circuits and billing data to unlock savings opportunities. In his most recent rotation with Network FirstNet, Brett generated a NextGen Band 14 acceptance report utilized to monitor on-air FirstNet sites and reporting to the FirstNet Authority.

Brett's move was effective May 1, 2024. Brett is located in Dallas and will be reporting directly to Michelle Meyer. Please join me in welcoming Brett to his new role.

Prior to joining AT&T, Brett earned a Bachelor of Science from Baylor University with a Bachelor of Science in Mechanical Engineering and a minor in Physics and Mathematics.

Approved by

**JR Wilson**
Vice President – Tower, Strategy, & Roaming

May 8, 2024
© 2022 AT&T Intellectual Property. All rights reserved. AT&T and the Globe logo are registered trademarks of AT&T Intellectual Property. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement