# Ex. A-4

06/25/2024

Lorraine Lopez

███████████████

Edison, NJ 08820

Re: <u>AT&T Surplus Notification Letter</u>

Dear Lorraine Lopez:

Over the past several weeks we have been evaluating certain business units within AT&T to ensure our future workforce is best aligned to meet the competitive challenges we're facing. Reducing our workforce is a difficult decision that we don't take lightly. We attempted to accomplish this workforce realignment through voluntary attrition; however, additional reductions are necessary. As a result and after a thorough and careful review, we have determined that the position which you currently hold will be eliminated. As a result of this decision, you will be placed on surplus status, effective the day following the date that appears at the top of this letter, and your employment will end on 07/09/2024.

You will receive severance benefits under the terms of the AT&T Severance Pay Plan if you meet the eligibility criteria.

Resources requiring your review and attention are available to you online via the Surplus Transition Portal website. You will be able to access the Surplus Transition Portal from an AT&T work location, your home, or other external location. This site will remain accessible to you for up to 97 days (105 days for Minnesota residents) following your last day on payroll.

*In light of their importance, you should access the Surplus Transition Portal resources as soon as possible.*

The following paragraphs provide additional information regarding the surplus process and the steps you must complete.

### GENERAL RELEASE & WAIVER (GR&W):

To be eligible to receive benefits under the AT&T Severance Pay Plan, you must acknowledge the provisions of the GR&W. You may communicate your acknowledgement in one of two ways.

> *Online* - You may review the GR&W provisions and provide your acknowledgement electronically via the Surplus Transition Portal website. You may revoke your acknowledgement within 7 days (15 days in Minnesota) of your acknowledgement. The revocation may be provided electronically via this same site.
> *Manual* - If you do NOT provide a personal email address, you must contact your Surplus Support Team listed below to get a copy of your GR&W and other relevant forms. You will be required to return hard copies of any necessary documents within the established time frames.

*Please ensure you follow instructions carefully. The GR&W cannot be acknowledged until your last date on payroll or after. It must be received no later than 90 days following your last date on payroll.*

### ACTION ITEMS TO COMPLETE PRIOR TO LEAVING PAYROLL:

1. **Complete the Management Surplus Orientation course** in the Surplus Transition Portal as soon as possible. The course is designed to provide an overview of the surplus process and documents.
2. **Verify your vacation coding** is correct in the payroll system to ensure your vacation payout calculations are accurate.
   - Ensure vacation time taken is accurately coded.
   - Ensure vacation forecasted to be taken <u>after</u> your last day on payroll is removed.
3. **Notify your supervisor** if you accept another position in the company to ensure your status in the

surplus system is accurate.

4.  **Take advantage of outplacement services**.  Whether you're looking for a new job at AT&T or searching externally for your next move, Lee Hecht Harrison (LHH) provides outplacement services that can help. View the LHH flyer in the Critical Documents section of the Surplus Employee Checklist.

5.  **Know who to call** for help with surplus-related transitions:
    -   Medical, dental, vision or other benefits: contact the Benefits Center at 877-722-0020.
    -   Retirement eligibility, terms of employment (TOE), pension or 401K: contact Fidelity at 800-416-2363.
    -   Payroll (including vacation payout, bonus, final paycheck, W-2, etc.):  contact HR Onestop Payroll at 1-888-722-1787 or via chat on the web.  Note:  Your supervisor or Group Time Reporter (GTR) identified in Webphone must be on the line with you for specific paycheck inquiries.
    -   Former Employee Global Logon registration: contact HR OneStop at 1-888-722-1787.
    -   Organization procedures, such as continuation and/or transition of job duties, scheduling vacation days, employee exit process, etc.: consult with your BU leadership.

Additional resources are available to you at Surplus Resources for Management Employees on HR OneStop, including FAQ, live chat, and a digital assistant.

For further assistance with surplus-related questions, email your Surplus Support Team at surpluserm@mailac.custhelp.com or call 1-888-722-1787 and say "surplus" at the prompt to speak with a Surplus Support Team Member.

Sincerely,

EMILY CHIN
AVP-SOURCING OPERATIONS