# Ex. B

## UNITED STATES DISTRICT COURT FOR
## DISTRICT OF NEW JERSEY

<table>
<tr><td>

**LORRAINE LOPEZ**

Plaintiff,

v.

**AT&T, Inc.,** *et al.*

Defendants.

</td><td>

CIVIL ACTION NO. 3:26-cv-03561

</td></tr>
</table>

## <u>DECLARATION OF SUSAN M. SAINT-ANTOINE</u>

I, Susan M. Saint-Antoine, hereby declare:

1.      I am an attorney at Console Mattiacci Law, LLC and am one of the attorneys representing Plaintiff, Lorraine Lopez, in the above-captioned matter.  I make this Declaration in support of Plaintiff s Opposition to the Motion to Dismiss Complaint (lack of personal jurisdiction aspect) filed by defendant John Stankey. I make this Declaration based on personal knowledge and a review of the file.

2.      Attached hereto as Exhibit B-1 is a true and correct copy of AT&T's position statement submitted to the EEOC on or about October 3, 2024.

3.      Attached hereto as Exhibit B-2 is a true and correct copy of a 2024 SEC Proxy Statement downloaded from AT&T.com.

4.      Attached hereto as Exhibit B-3 is a true and correct copy of a 2021 SEC Proxy Statement downloaded from AT&T.com.

5.    Attached hereto as Exhibit B-4 is a printout from the Life at AT&T Instagram post which, based on its markings, was posted on or around June 24, 2024.

6.    Attached hereto as Exhibit B-5 is a printout from Defendant Stankey's LinkedIn which, which, based on the event described was posted on in or about September, 2023.

7.    Attached hereto as Ex. B-6 is a true and correct copy of the Declaration of Manda Henry filed as ECF 37-4 in *Minguez v. AT&T Corp., et al.*, D.N.J. 3:24-cv-09069.

8.    Attached hereto as Exhibit B-7 is a printout from Defendant Stankey's LinkedIn which, based on its markings, was posted on or around November 13, 2023.

9.    Attached hereto as Exhibit B-8 is a printout from Defendant Stankey's LinkedIn which, based on its markings, was posted on or around June 24, 2024.

10.    Attached hereto as Exhibit B-9 is a printout from Defendant Stankey's LinkedIn which, based on its markings, was posted on or around June 28, 2023.

11.    Attached hereto as Exhibit B-10 is a May 18, 2023 Inside Towers article regarding Stankey's Bloomberg Radio interview printed off the internet.

12.    Attached hereto as Exhibit 11 is a printout from Nj.com of a May 30, 2023 article.

13.    Attached hereto as Exhibit 12 is a copy of the sworn Declaration (without exhibits) that was filed in *Hurley v. AT&T*, M.D. Pa. C.A. No. 3:25-1755.

14.    I have downloaded and looked at exhibits from *DiBenedetto v. AT&T Services, Inc.*, N.D. Ga., 1:21-dv-04527 (as referenced in my Declaration filed in *Hurley*) which suggest that AT&T considered the Bedminster office as an opportunity for closure because of the high percentage of employees who worked there who met the Modified Rule of 75 (age and service).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Susan M. Saint-Antoine*
Susan M. Saint-Antoine

Executed this 3rd day of August, 2026