# Ex. B-8



  

Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium

**John Stankey** in • 3rd+                                    **+ Follow**  •••
Chairman and Chief Executive Officer at AT&T
2yr • 🌐

Feeling energized after an awesome few days with employees in New Jersey. From network virtualization, to software development, AI, edge computing, cybersecurity, and more……. the future of high-performance connectivity is being built at AT&T, and our teams in Middletown and Bedminster are leading the way.

Many thanks to our Technology Development Program for hosting a fun and enriching morning with our entire executive leadership team. And thank you to everyone who joined me, Jeff McElfresh, and Jeremy Legg for great open mic discussions. We get a lot from hearing what's on employees' minds, and I appreciated the candid and direct questions we got this week. I'd expect nothing less in New Jersey!

I'm incredibly proud of the progress these teams are making. Keep up the great work!

#LifeAtATT





👍❤️🤝 965                                    30 comments • 9 reposts

Reactions

      •••

👍 Like

💬 Comment

Add a comment...

Most relevant ▾

**David Mahar** ✅ • 3rd+    2y  •••
Assistant Vice President, Network Infrastructure & Services, Design Validation, De...

A great visit in deed, thanks for spending so much time with us !!!

Like · 💬❤️ 6 | Reply

**AT&T**    2y  •••
1,701,223 followers

A great visit filled with communication, collaboration and connection. 👏

Like · 💬🌿 6 | Reply · 1 reply

> **Charles Davis** • 3rd+    2y  •••
> --
> **AT&T** is there a way for a retired employee to contribute to on going success of AT&T.
>
> Like · 👍 1 | Reply

**Amanda Gardiner, EIT** ✅ • 3rd+    2y  •••
Senior Member of Technical Staff at AT&T

**Rachel Eng** great job hosting the Fireside chat for TDP!

Like · 💬❤️ 5 | Reply · 1 reply

> **Rachel Eng** ✅ • 3rd+    2y  •••
> Technical Project Manager @ JP Morgan
>
> **Amanda Krueger, EIT** It was an incredible experience and I'm honored to represent TDP NJ! I love that first picture... Mr. John Stankey and I shared laughs over our alma mater "battle". He and the other executive leaders were so gracious in spending the morning with us- enriching our minds, and focusing us in on the important needs of the business today and ...more
>
> Like · 💬❤️ 5 | Reply

**Wes M** 💼 • 3rd+    2y  •••
Product Owner, Vonahi vPenTest | Agile | Security | Transforming Innovation

And be great if listed cybersecurity number one and part of all that was listed before it. Start with security and your products will be better. Put it as the last line item in a list of things puts it low on the totem pole. Cybersecurity should be your number 1 as all others that you listed will fail without it.

Like · 👍 1 | Reply

**Joshua ⅡL** • 3rd+    2y  •••
Be strong and courageous!

Good question!

> 🔴 reddit    **From the ATT community on Reddit**
> Explore this post and more from the ATT community

Like · 👍 1 | Reply · 1 reply

> > **Amber B.** ✅ • 3rd+    2y  •••
> > Software Engineer Packaging-Automation-Deployment
> >
> > **Josh Baldoni** In all my years, I have NEVER experienced more of a nightmare when it comes to customer support, than I have with AT&T. It's to the point that they should be criminally investigated.
> >
> > Like | Reply



**Korni kumar** ☑ • 3rd+                                                     2y  •••
Sr.Cyber Security Specialist-Security Platforms at AT&T Communication Services |...

It's fantastic to hear about the incredible energy and innovation at AT&T in New Jersey! Our teams in Middletown and Bedminster are truly at the forefront of building the future of connectivity. Let's Keep up the amazing work and move At&t to the Future 👍

Like · 👍 1  |  Reply

**John Mark Salud** • 3rd+                                                   2y  •••
Linkedinsphere Globalization Global Crisis & Global Times

Thanks for letting me re-gain my credits and credit scores.

Like  |  Reply

**Deven Panchal** ☑ • 3rd+                                   (edited) 2y  •••
Leading AI Products, Large-scale systems and Transformations

Thanks to you, Jeremy Legg and Jeff McElfresh for the thoughtful conversations about the business.

Like  |  Reply

**Lisa Truppa** ☑ • 3rd+                                                    2y  •••
Transformation-oriented leader, focusing on employee development and custom...

Great job hosting, Meera Shah !

Like  |  Reply · 1 reply

    **Meera Shah** ☑ • 3rd+                             2y  •••
    Director - Technology at AT&T Technology Services

    Lisa Truppa - thank you for the kind words! we were honored. So proud of the TDP team

    Like · 🌿 1  |  Reply

**Mary Jo Benedetti** • 3rd+                                                2y  •••
Retired

I hope it can help keeping your data secure and raise your stock prices!!

Like  |  Reply

**Tung Bui** 🔗 • 3rd+                                                        2y  •••
CEO @RKTech| Scalable Tech Growth, Innovation Advocate, Strategic Delivery for ...

Impressive work at AT&T NJ! Network virtualization, AI, and edge computing - sounds like you're building the future of connectivity.

Like  |  Reply

**Kareem Bakri** ☑ • 3rd+                                                    2y  •••
Education Viability

Great update ! When I was Working at AT&T, I always enjoyed the motions of when directors visited our call centers. Fun activities and great conversations about growth!

Like  |  Reply

**Janet Pack** ☑ • 3rd+                                                      2y  •••
Connecting people to their careers at AT&T. 2023 OnCon Icon Top 10 Talent Acqu...

Amazing!

Like  |  Reply

**Valfrido Giulio Rocchi** • 3rd+                                           2y  •••
Country Manager - Lead Negotiator - Cost cutting and savings - Profit & Loss ma...

Spend some time with your staff in MOW who are suffering

Like  |  Reply

**Tim Macarthur** • 3rd+                                                     2y  •••
Telecom specialist at AT&T

Come to Enoc in Southfield for more than 15 minutes

Like  |  Reply



**Joel Serrano** ✅ • 3rd+                                      1y  •••
AI Systems Architect Certified GoHighLevel Specialist Helping service businesses …

🚨🚨 ATTENTION EVERYONE 🚨🚨

As a former insider at AT&T, I have to be brutally honest: DO NOT sign up with AT&T. They consistently lie to get customers, promising low prices and great deals, but it's all a facade.                                      …more

Like │ Reply

**Kanat Karibayev** • 3rd+                                      2y  •••
Student

Visit San Francisco!

Like │ Reply

**Trudell Jackson** ✅ • 3rd+                                      2y  •••
Sr. Sales Event Lead at AT&T

Inspiring!

Like │ Reply

**Saeed Manii** ✅ • 3rd+                                      2y  •••
General Manager - Retired

Darn, I left 2 years early. Good job

Like │ Reply

**Emily Ruggiero** 𝗶𝗻 • 3rd+                                      2y  •••
Enterprise Account Executive | Former Walmart Insider | GPO & MRO | Driving Co…

Nice dance moves! 😀 💃

Like │ Reply

**Kit Harris** • 3rd+                                      2y  •••
--

Retired 24 years, still using AT&T internet, cell phones, land line, and uverse to support the employees still working! However trying to get resolutions of service problems is quite frustrating. Service used to be job one! Mr Stankey only you can make it happen! Thank you for your attention. Regards Kit Harris.

Like │ Reply • 3 replies

See previous replies

    **Amber B.** ✅ • 3rd+                                      2y  •••
    Software Engineer Packaging-Automation-Deployment

    AT&T your support and links are useless and you know it. To watch you scam a retiree, publicly, is completely insane. Take these folk's complaints seriously because I know one day we will be seeing AT&T on the news and it won't be about your internet or wireless services. This is criminal at this point.. The fact that people including myself have to track you down  …more

    Like │ Reply

Some comments may not be displayed in the **Most relevant** view. To see these comments, select **Most recent.**