# Ex. B-9

 



**Firm Asst**
assistant at firm
Philadelphia, Pennsylvania

CWMCLO

---

Stand out and make more connections with Premium
 **Try Premium for $0**

---

Connection          1
Grow your network

---

**John Stankey**  • 3rd+          **+ Follow**   ···
Chairman and Chief Executive Officer at AT&T
3yr • 🌐

Young professionals today are more likely to move around to a variety of jobs, working on a variety of projects in a variety of places. They will have many careers – or "chapters" – in their life. This is especially true in an industry like telecommunications where technology is constantly changing and software and #generativeAI are driving new, exciting ways for us to innovate.

Last week I enjoyed the opportunity to get together with our AT&T EDGE summer employees and talk about careers in this dynamic industry and our company.

As I told them, I believe that learning is a life-long process. It doesn't stop when you get your diploma. I learned a lot when I faced off against five of them in a trivia game. Important things like the fact that TikTok videos can be 10 minutes long…and that Cristiano Ronaldo is the most-followed person on Instagram. I'm surprised I managed to pull out a win, but we had fun schooling each other on tech, pop culture and AT&T history. Thanks to Nya Campbell, Artemio Martinez III, Jenna Oust, Pa-Mambuna T. and Allegra Piarulli for keeping me on my toes – and to Dr. Jordan Umstead for hosting the event.

I hope all our summer employees are having a productive and fulfilling experience. You've worked hard to get here and we're happy you're spending it with us. #LifeatATT





with **Dr. Jordan Umstead** and 11 others



44 comments · 20 reposts

---

💬 Comment

Add a comment...                                          😊  🖼️

**Most relevant** ▼

**Iwona Kuczera** • 3rd+                                              3y  •••
IT Operations Support Administrator II

John, you are so wrong. Young professionals want to stay with the company and grow. I was one of them. After 17 years you took mine and my 100 coworkers job away.

Like · 👍 1  |  Reply

**ISMAEL "ISH" GONZALEZ** • 3rd+                                      3y  •••
Expert in Territory Account Management/ Project and Sales/SLED Management/ ...

Nice, hopefully doors open to us that we're just notified!! Excited times and changes

Like  |  Reply

**JACK ZHANG** • 3rd+                                                 3y  •••
+8615252968666

The only constant thing in this world is change, maintaining a receptive heart to external things and absorbing all valuable experiences

Like  |  Reply

**james elgin** • 3rd+                                                3y  •••
Owner and Manager of Elgin Commercial and Residential LLC

John great job in the toughest of times. I worked in wholesale for many years and in your organization when we bought Ameritech. Hope you keep working with the next generation of leaders.

Like  |  Reply

**Barry Queen** • 3rd+                                                3y  •••
Retired. Former Project Manager | Senior Tech Support | UX Design | Talent Dev...

John. As always you fail to see the value of loyalty to the company. You are such a narcissist that we will never excell as a company.

So happy that you were able to stroke your ego and excel in your so called trivia challenge.

Like · 👍 6  |  Reply

**Jeff Roth** 🔗 • 3rd+                                               3y  •••
The Learning Strategy - MedRegBio.com

What ever happened to innovative leaders over history, The invention of the transistor, the invention of memory devices and integrated circuits integrated , Lucent equipment, international cabling, wireless (McCaw) AT&T networking in partnership with the worlds leading research company, Bell Labs....



Like · 👍 1 | Reply

**Noreen Walsh** · 3rd+                                                    3y · · ·
Independent Leisure, Travel & Tourism Professional

And yet you keep taking things away from retirees who actually gave their loyalty to this company!

Like · 👍 5 | Reply

**Kevin Connell** · 3rd+                                                   3y · · ·
Retired at ATT.... so no more congratulations on anniversary

John... fix the stock price and screw att and its advantage plan.

Like · 👍 2 | Reply · 1 reply

**Tim Clark** · 3rd+                                                       3y · · ·
Retired

Hear hear

Like · 👍 1 | Reply

**Stephany Jacobsen LPN, BAS** ✅ · 3rd+                   (edited) 3y · · ·
Licensed Practical Nurse (LPN) | Clinical Education | Digital Health & EMR...

John what are you doing about the professionals you are fazing out? I have spouse who is on 60 days and cant find a job. Nothing local but you want him to travel to another state. He has been with the company 10+ years!
#lifeatatt

Like · 👍💚 5 | Reply · 1 reply

**Joyce Esparza** ✅ · 3rd+                                                3y · · ·
Area Manager NPE Regulatory Compliance at SBC Services

They wanted me to move from California to Missouri glad I had 42 years. Was hoping to hit 62 to retire but did not.  The retirement plan for Healthcare is horrible.

Like · 👍 2 | Reply

↙ Load more comments

Promoted · · ·

**ExxonMobil Giving**

Purpose-driven giving transforms communities

Follow us

**Follow**