# Ex. B-10

Media Kit

≡ **MENU**



# AT&T to Reduce Office Locations



📅 May 18, 2023   🕐 5:59 am

SHARE THIS ARTICLE



In an interview with *Bloomberg Radio*, AT&T (NYSE: T) CEO John Stankey said the company will drastically reduce its number of office locations while requiring managers make an appearance at said offices at least three times per week. Stankey admitted the move may cause a bump in resignations while the carrier is in the midst of an ongoing $6 billion cost-cutting program.

"Many will make decisions that are appropriate to their lives," Stankey told *Bloomberg Radio*. "If they want to be a part of building a great culture and environment they'll come along on these adjustments and changes. Others may decide, given the station of life they are in, that they want to move in a different direction."

**AT&T currently operates** in all 50 states, but is looking to consolidate into nine core offices with two regional locations in Dallas and Atlanta. Other hub locations are set for Los Angeles; Seattle; Washington; San Ramon, California; St. Louis and two New Jersey locations, Middletown and Bedminster.

The mandate requiring the three-per-week personal appearances by managers will begin September 4, impacting over 60,000 management-level employees. According to Stankey, 85 percent of those people live in proximity to one of the offices while the company is offering "generous" relocation services for the rest.

"We've been reconfiguring our workforce for a very long time." He told *Bloomberg Radio* the company will "probably be down 15,000 employees from last year to this year, when it is all said and done."

### Leave a Reply

You must be logged in to post a comment.

**‹  PREVIOUS**
Here Are The Procedures for C-Band FSS Oper...

**NEXT  ›**
Ganzi Predicts Rise of AI Will Intersect with 5...

Breaking, actionable and relevant digital infrastructure industry news, straight to your inbox, every day.

Subscribe Now

### QUICK LINKS

Read

Advertise

Resources

About

### CONTACT INFO

149 SOUTH ROSCOE BLVD.
PONTE VEDRA, FL 32082

904.472.7276

EMAIL US

Search...

Submit News

Copyright 2023 Inside Towers | Site Design by Business Builders

;

Case 3:26-cv-03561-GC-RLS    Document 24-18    Filed 08/03/26    Page 4 of 4 PageID: 406

Copyright 2023 Inside Towers | Site Design by Business Builders