# Ex. B-12

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JUDITH HURLEY** | |
| Plaintiff, | **CIVIL ACTION NO. 3:25-cv-1755** |
| v. | |
| **AT&T CORP.,** *et al.* | |
| Defendants. | |

## DECLARATION OF SUSAN M. SAINT-ANTOINE

I, Susan M. Saint-Antoine, hereby declare:

1.     I am an attorney at Console Mattiacci Law, LLC and am one of the attorneys representing Plaintiff, Judith Hurley, in the above-captioned matter.  I make this Declaration in support of Plaintiff Hurley's Opposition to the Motion to Dismiss filed by defendant John Stankey.  I make this Declaration based on personal knowledge and a review of the file.

2.     Attached hereto as Exhibit B-1 is a true and correct copy of a 2024 SEC Proxy Statement downloaded from AT&T.com.

3.     Attached hereto as Exhibit B-2 is a true and correct copy of a 2021 SEC Proxy Statement downloaded from AT&T.com.

4.      Attached hereto as Exhibit B-3 is a true and correct copy of the Declaration of Manda Henry filed as ECF 37-4 in *Minguez v. AT&T Corp., et al.*, D.N.J. 3:24-cv-09069.

5.      Attached hereto as Exhibit B-4 is a true and correct copy of a post printed off of John Stankey's LinkedIn.

6.      Attached hereto as Exhibit B-5 is a true and correct copy of a post printed off of John Stankey's LinkedIn.

7.      Attached hereto as Exhibit B-6 is a true and correct of the AT&T PHRC Position Statement.

8.      Attached hereto as Exhibit B-7 is a May 18, 2023 Inside Towers article regarding Stankey's Bloomberg Radio interview printed off the internet.

9.      Attached hereto as Exhibit B-8 is a document downloaded from the docket in *DiBenedetto v. AT&T Services, Inc.*, N.D. Ga., 1:21-dv-04527. It contains, among other things, the AT&T Diversity, Equity & Inclusion Annual Report 2020 starting at p. 167 and the Message from the CEO at p. 170.

10.     Paragraph 156 of the Corrected Amended Complaint contains a quote from a transcript of the July 26, 2023 Town Hall webcast produced by AT&T in another age discrimination lawsuit and not marked as "Confidential" in which, in response to a question about the *How and Where We Work Initiative*, and losing people with experience, Mr. Stankey explained as follows:

I think – I'd just offer that it's expertise and experience – coming from the oldest guy in the room – is, you know, shouldn't be underrated. But there are people who have a different perspective than me that maybe grew up in a different time and place and were exposed to different things that oftentimes can bring a better idea to the table or a new way of looking at something. And we want to value the expertise and we want to make sure that we— we're going to make some mistakes here and there, where we always catch ourselves short. We also ought to understand the upside of getting diverse points of view into our company that may be different from different experiential levels, and especially when we're making a transition to entirely new product sets and starting to deemphasize that which helped us for 20, 30, 40 years.

And we have a mathematical issue that **we have to deal with in our company. The profile of our workforce does not match the profile of the population of the United States and the customer base, both in terms of matching it demographically and matching it from an age perspective. We need younger people working at this company** because that is the largest market now starting to mature into decision making levels and we need people around to help educate us about how they think and what they do and they need to be germane to what we do every day in running our companies**. So this is an opportunity** for us to think about, <u>yeah, it's hard to say goodbye to that, which we know and really well-trained people who've had a lot of experience.</u> **It can be emotional. But it's also a great opportunity** for us to develop different points of view and <u>build the next generation that's going to ultimately carry this durable business forward in the future</u>. (Emphasis added.)

CAC ¶156; see also ¶190.

11.     Attached hereto as Exhibit B-9 is a true and correct copy of the AT&T PHRC Answer.

12.     Attached hereto as Exhibit B-10 is a true and correct copy of a 2023 SEC Proxy Statement downloaded from AT&T.comIn accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of December, 2025.

_____
Susan M. Saint-Antoine