

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | (215) 545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | (856) 854-4000 | |
| 5 Penn Plaza | Suite 1946 | New York, NY 10001 | (917) 985-7761 | |

Susan Saint-Antoine
santanto@consolelaw.com
Fax: (215) 565-2858

August 7, 2026

**VIA ECF**
The Honorable Georgette Castner
U.S.D.C. for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:    Lopez, Lorraine v. AT&T, Inc.**
> **Civil Action No. : 3:26-cv-03561**

Dear Judge Castner,

Plaintiff submits the attached Declaration of Lorraine Lopez to substitute for the one previously filed at ECF 24-3. The previously filed version inadvertently omitted the first two pages of the Declaration. The referenced exhibits are the ones that were filed with the previously filed Declaration.

Plaintiff's counsel apologizes for the error and any inconvenience it may have caused.

Respectfully Submitted,

SUSAN SAINT-ANTOINE

SS/amr
Encl.
cc: counsel

**CORRECTED EXHIBIT A**
**TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
**(DECLARATION OF LORRAINE LOPEZ)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LORRAINE LOPEZ**<br><br>Plaintiff,<br><br>v.<br><br>**AT&T, INC,** *et al.*<br><br>Defendants. | **CIVIL ACTION NO. 3:25-cv-1755** |

### DECLARATION OF LORRAINE LOPEZ

I, Lorraine Lopez, hereby declare:

1.     I am the plaintiff in the above-captioned matter. I make this Declaration in support of Plaintiff's Opposition to the Motion to Dismiss Complaint (lack of personal jurisdiction aspect) filed by defendant John Stankey. I have personal knowledge of the facts stated herein and if called upon could testify to those facts.

2.     I am a resident of the state of New Jersey and have lived in Edison, New Jersey since 2005.

3.     I was born in March, 1966 and was fifty-eight (58) years of age as of the effective date of my termination from AT&T on July 9, 2024.

4.     I worked for AT&T in New Jersey for more than 27 years.

5.     At the time of my involuntary termination effective July 9, 2024, I held the position of Director, Sourcing Operations.

6.     I began the position entitled "Director, Sourcing Operations" in approximately April 1, 2022, at which time I worked remotely from home and was assigned to work at the company's office in Bedminster, New Jersey (One AT&T Way at the junction of interstates 78 and 287).

7.     At the time of my "surplus" and termination, I reported to Emily Chin (AVP), who reported to JR Wilson (VP, Network), who reported to Cheryl Choy, Senior VP, who reported to Chris Sambar, Executive Vice President, Network, who reported to COO Jeff McElfresh, who reported to CEO John Stankey.

8.     In or about January, 2024, AVP Chin (then approximately age 39) replaced George Meadors (then approximately age 60) as my first level supervisor. Ms. Chin's prior position was as Chief of Staff to COO McElfresh. At the time of my termination, Ms. Chin and I both reported up to Mr. McElfresh, who reported directly to CEO Stankey.

9.     In 2023 and 2024, AT&T in New Jersey employed thousands, maintained scores of office locations, and had more than one hundred retail stores.

10.    I believe AT&T's facilities, operations and employees in New Jersey have been essential to the company's success.

11. AT&T's Bedminster office, to which I was assigned, was considered in 2022 to be one of the company's primary corporate locations.

12. AT&T's Middletown, New Jersey Campus was (and remains) the location for AT&T's Technology Development Program ("TDP").

13. AT&T promoted the TDP in Middletown as a program to develop young talent.

14. I am aware that CEO Stankey visited and promoted the TD program in September, 2023, and June, 2024.

15. CEO Stankey was an active and vocal supporter of the TDP in Middletown, New Jersey, and, in particular, its young participants.

16. While I was in AT&T's Middletown office, I saw that TDP participants had their own floor of the building. I observed that all of the participants appeared to be substantially younger than I was.

17. On or about May 16, 2023, while working in New Jersey, I received an invitation and joined in to a webcast in which John Stankey was to address management and give an update on AT&T's *How and Where We Work* initiative.

18. In May, 2023, While working in New Jersey, I received and read an email from John Stankey announcing the *How and Where We Work* initiative.

19. Around the same time, I read several articles discussing that CEO Stankey gave an interview to Bloomberg radio in which discussed the *How and Where We Work Initiative.*

20. In or around May 30, 2023, AT&T announced that it was closing its Bedminster office on One AT&T Way (Route 78) and relocating to a much smaller office in Bedminster on Route 206.

21. In July, I received an invitation to participate in a live and interactive Q2 Employees Earning webcast to which all AT&T managers, including those working in New Jersey, were invited and encourage to join.

22. While working in AT&T in New Jersey, I signed in to the July 26, 2023 webcast. Among the speakers were CEO Stankey and COO McElfresh.

23. In response to a question about the *How and Where We Work* initiative and losing people with experience, I heard CEO Stankey express words to the effect that AT&T needed younger employees working at the company and that the *How and Where We Work* initiative was a good opportunity to "say goodbye" to AT&T's older employees.

24. CEO Stankey's remarks were extremely offensive and upsetting to me and many of my older colleagues who worked in New Jersey.

25. I observed that during the Town Hall, none of the AT&T officers present, including Jeff McElfresh who was in my chain of command, expressed any disagreement or outrage at CEO Stankey's words.

26. Following the webcast, and while at work in New Jersey, I saw a message from CEO Stankey on AT&T Inside, AT&T's intracompany website, that followed up on his remarks. CEO Stankey's follow up message did not in any way take back, try to explain or apologize for his remarks.

27. I never received from AT&T any communication disavowing or addressing what CEO Stankey had said.

28. On or about July 28, 2023, I received an email from CEO Stankey announcing the resignation of Angela Santone, the head of Human Resources.

29. On or about July 28, 2023, I received a letter designating me as an "Office" worker who was required to physically work out of AT&T's new Bedminster office. A copy is attached hereto as Ex. A-1.

30. I reported to work in the new Bedminster office (on Route 206) on or about September 5, 2023. The new Bedminster office location was about one-third of the size of the prior Bedminster location.

31. On or about September 18, 2023, CEO Stankey was present in New Jersey and spoke to participants of the TDP in an "Open-Mic" night in AT&T's

Middletown, New Jersey office. I attended the event and heard him address the employees in attendance. His age related remarks were offensive and upsetting.

32.    On or about November 6, 2023, CEO Stankey was physically present at AT&T's office in Bedminster. CEO Stankey met with AT&T employees. I was there. I heard CEO Stankey express words to the effect that you needed to be a certain age to keep up with the market and that the company was underrepresented in the number of employees in their twenties and thirties. CEO Stankey stated that AT&T needed a workforce in terms of age that mirrored the market of the customers they wanted. His remarks were offensive and upsetting.

33.    In or about February, 2024, I attended a work conference at which CEO Stankey expressed that he did not value seniority.

34.    On or about April 12, 2024, AT&T notified me that my role in New Jersey was being moved to Atlanta, Georgia,  and that I was expected to report to work there on November 1, 2024. AT&T told me that I was required to accept or decline the "offer" of a forced relocation by May 13, 2024, and that if I "declined" or failed to respond the "offer" of a forced relocation, I would receive an official surplus notification letter and terminated 14 days thereafter. A copy of the notification is attached hereto as Ex. A-2.

35.    Ex. A-3 hereto is a copy of a personnel announcement made in May, 2024.

36. I was aware that on or June 14, 2024, CEO Stankey spent a few days with AT&T employees in New Jersey.

37. On or about June 25, 2024, I received a letter addressed to my address in New Jersey, notifying me that I was being placed on surplus status and that my employment would be terminated effective July 9, 2024. A copy of the letter is attached hereto as Ex. A-4.

38. CEO Stankey contributed to the age-based hostile work environment to which I was subjected in New Jersey.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Lorraine Lopez_
Lorraine Lopez

Executed on this 3rd day of August, 2026.