**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORRAINE LOPEZ,<br>*Plaintiff*,<br>v.<br>AT&T, INC. d/b/a "AT&T", *et al.*<br>*Defendants*. | CIVIL ACTION NO.: 3:26-cv-03561 |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Karla Payonk, Esquire on behalf of the Plaintiff in the above-captioned matter.

Respectfully submitted,

**CONSOLE MATTIACCI LAW LLC**

Dated: 10/19/2026

BY: */s/ Karla Payonk*

Karla Payonk, Esquire
110 Marter Avenue, Suite 502
Moorestown, NJ 08057
215-545-7676

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused the foregoing to be served, via ECF to counsel of record for Defendants.

**CONSOLE MATTIACCI LAW LLC**

Dated: 10/19/2026

BY: */s/ Karla Payonk*

Karla Payonk, Esquire
110 Marter Avenue, Suite 502
Moorestown, NJ 08057
215-545-7676

*Attorneys for Plaintiff*